Dominica C. Anderson (SBN 2988)
Tyson E. Hafen (SBN 13139)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
T: 702.868.2655; F: 702.993.0722
Email: dcanderson@duanemorris.com
tehafen@duanemorris.com

Sean K. Burke
*Admitted Pro Hac Vice*
DUANE MORRIS LLP
505 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2166
T: 202.776.5236; F: 215.827.5491
Email: sburke@duanemorris.com

Danielle N. Bagwell
*Admitted Pro Hac Vice*
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
T: 215.979.1925; F: 215.827.5925
Email: dnbagwell@duanemorris.com

Attorneys for Defendants
Wright Medical Technology, Inc.,
and Wright Medical Group, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY LARON,

Plaintiff,

v.

WRIGHT MEDICAL TECHNOLOGY, INC., et al.,

Defendants.

Case No.: 2:18-cv-01161-MMD-CWH

**MOTION TO WITHDRAW**

Duane Morris LLP, counsel for defendants, Wright Medical Technology, Inc. and Wright Medical Group, Inc.[1] (collectively, "Defendants"), bring this Motion to Withdraw on behalf of William Durham Barwick ("Mr. Barwick") of Duane Morris LLP, former counsel for Defendants in the multijurisdictional litigation, *In Re: Wright Medical Technology, Inc., Conserve Hip Implant Productions Liability Litigation*, in the U.S. District Court for the Northern District of Georgia, Atlanta Division, Case No. MDL2329, from which the instant action stems. Mr. Barwick is not involved as counsel in this litigation.

[1] As set forth in the Joint Status Report (ECF No. 7), Wright Medical Group, Inc. intends to move to dismiss the Complaint for lack of personal jurisdiction. Accordingly, Wright Medical Group, Inc. appears specially in filing this motion, and in no way waives its argument that it is not subject to personal jurisdiction in the District of Nevada.

Therefore, Duane Morris LLP respectfully requests the Court grant this motion to withdraw as to Mr. Barwick.

Dated: August 23, 2018

**DUANE MORRIS LLP**

By: */s/ Tyson E. Hafen*
Tyson E. Hafen (SBN 13139)
Sean K. Burke (*Pro Hac Vice*)
Danielle N. Bagwell (*Pro Hac Vice*)

Attorneys for Defendants
Wright Medical Technology, Inc.,
and Wright Medical Group, Inc.

IT IS SO ORDERED.

DATED: August 27, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

DM1\8962635 D3456/02457

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **MOTION TO WITHDRAW,** (postage prepaid if by U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

*/s/ Jana Dailey*
Jana Dailey
An employee of DUANE MORRIS LLP