Dominica C. Anderson (SBN 2988)
Tyson E. Hafen (SBN 13139)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2655
Facsimile: 702.993.0722
Email: dcanderson@duanemorris.com
tehafen@duanemorris.com
Attorneys for Defendant
Wright Medical Technology, Inc.,
and Wright Medical Group, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LARON,<br><br>        Plaintiff,<br><br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., et al.,<br><br>        Defendants. | Case No.: 2:18-cv-01161-MMD-CWH<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT WRIGHT MEDICAL GROUP, INC.** |

COME NOW THE PARTIES, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of Defendant Wright Medical Group, Inc. ONLY, without prejudice, with each party to bear their own costs.

Respectfully submitted January 25, 2019.

**CAREY, DANIS & LOWE**

By /s/ *James J. Rosemergy*
    James J. Rosemergy
    8235 Forsyth, Suite 1100
    St. Louis, MO 63105
    T: 314.678.1064
    jrosemergy@careydanis.com
    (admitted pro hac vice)

Brian D. Nettles
NETTLES | MORRIS
1389 Galleria Drive Suite 200
Henderson, NV 89014
T: 702.434.8282
brian@nettlesmorris.com
Attorneys for Plaintiff
Dated: January 28, 2019

**DUANE MORRIS LLP**

By: /s/ *Tyson E. Hafen*
    Tyson E. Hafen (SBN 13139)
    100 N. City Parkway, Suite 1560
    Las Vegas, NV 89106
    T: 702.868.2600
    tehafen@duanemorris.com
    Attorneys for Defendants
    Wright Medical Technology, Inc., and Wright Medical Group, Inc.

IT IS SO ORDERED.

_____
U.S. District Judge