| | |
|---|---|
| Brian D. Nettles<br>Nevada Bar No. 7462<br>NETTLES MORRIS<br>1389 Galleria Drive, Suite 200<br>Henderson, NV 89014<br>T:  702.434.8282; F: 702.434.1488<br>Email:  brian@nettlesmorris.com | James J. Rosemergy<br>*Admitted Pro Hac Vice*<br>CARY DANIS & LOWE<br>8235 Forsyth Boulevard, Suite 1100<br>Clayton, MO 63105<br>T:  314.725.7700<br>Email:  jrosemergy@careydanis.com |
| *Attorneys for Plaintiff Anthony Laron* | *Attorneys for Plaintiff Anthony Laron* |
| Dominica C. Anderson (SBN 2988)<br>Tyson E. Hafen (SBN 13139)<br>DUANE MORRIS LLP<br>100 N. City Parkway, Suite 1560<br>Las Vegas, NV  89106<br>T: 702.868.2655; F: 702.993.0722<br>Email:  tehafen@duanemorris.com<br>         dcanderson@duanemorris.com | Sean K. Burke<br>*Admitted Pro Hac Vice*<br>Drew T. Dorner<br>*Admitted Pro Hac Vice*<br>DUANE MORRIS LLP<br>505 9th Street, N.W., Suite 1000<br>Washington, D.C.  20004-2166<br>T: 202.776.7800; F: 215.776.7801<br>Email:  sburke@duanemorris.com<br>         dtdorner@duanemorris.com |
| Dana J. Ash<br>*Admitted Pro Hac Vice*<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA  19103-4196<br>T: 215.979.1000; F: 215.979.1020<br>Email: djash@duanemorris.com | *Attorneys for Defendant*<br>*Wright Medical Technology, Inc.* |
| *Attorneys for Defendant*<br>*Wright Medical Technology, Inc.* | |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LARON,<br><br>                          Plaintiff,<br><br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC.<br><br>                          Defendant. | Case No.:  2:18-cv-01161-MMD-DJA<br><br>**JOINT REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Anthony Laron ("Plaintiff") and Defendant Wright Medical Technology, Inc. ("Wright Medical" and collectively, the "Parties") by and through their undersigned counsel, jointly request that the settlement conference scheduled for May 9, 2022 in this matter be rescheduled.  In support of their Joint Request, the Parties state as follows:

1. This is a complex medical device case arising out of products liability claims related to Plaintiff Anthony Laron's implantation of certain hip implant devices allegedly manufactured and/or sold by Defendant Wright Medical.

2. On March 1, 2022, after ruling on the Parties' dispositive motion briefing, this Court issued an Order scheduling a settlement conference in this matter (the "Order") to take place remotely on May 9, 2022 at 10:00 am. *See* Dkt. No. 67.

3. The Order also stated that "[a]ny requests to reschedule the SC must be submitted at least one (1) week in advance of the scheduled date and provide a detailed reason for the request." *Id.*

4. Presently, counsel for both Parties are working together to potentially resolve this matter informally. Discussions regarding a potential resolution have been taking place between counsel for both Parties and these discussions have been fruitful.

5. Therefore, to save time and costs that could otherwise disrupt this potential settlement effort, the Parties respectfully request that the settlement conference in this matter be rescheduled. Specifically, the Parties respectfully request that the settlement conference date be extended by approximately thirty (30) days. This brief extension will allow the Parties to continue settlement discussions informally for the next thirty days without incurring costs of preparing for and attending a settlement conference, but will also provide a separate avenue to resolve this matter if informal discussions reach an impasse.

6. The Parties represent that they are both generally available the week of June 6 or the week of June 13, 2022 to appear remotely for the settlement conference in the event these efforts to resolve the case informally are unsuccessful.

///

Dated: April 29, 2022

| | |
|---|---|
| **CAREY, DANIS & LOWE** | **DUANE MORRIS LLP** |
| By  /s/ *James J. Rosemergy*<br>James J. Rosemergy (*pro hac vice*)<br>**CAREY DANIS & LOWE**<br>8235 Forsyth, Suite 1100<br>St. Louis, MO  63105<br>T:  314.678.1064<br>jrosemergy@careydanis.com<br><br>Brian D. Nettles<br>Nevada Bar No. 7462<br>**NETTLES | MORRIS**<br>1389 Galleria Drive Suite 200<br>Henderson, NV 89014<br>T:  702.434.8282<br>brian@nettlesmorris.com<br><br>*Attorneys for Plaintiff* | By:  /s/ *Tyson E. Hafen*<br>Sean K. Burke (*pro hac vice*)<br>Drew T. Dorner (*pro hac vice*)<br>**DUANE MORRIS LLP**<br>505 9th Street, N.W., Suite 1000<br>Washington, DC 20004-2166<br>T: (202) 776-7800<br>sburke@duanemorris.com<br>dtdorner@duanemorris.com<br><br>Dana J. Ash (*pro hac vice*)<br>**DUANE MORRIS LLP**<br>30 South 17th Street<br>Philadelphia, PA  19103-4196<br>T: 215.979.1000<br>djash@duanemorris.com<br><br>Tyson E. Hafen (SBN 13139)<br>Dominica C. Anderson (SBN 2988)<br>**DUANE MORRIS LLP**<br>100 N. City Parkway, Suite 1560<br>Las Vegas, NV 89106<br>T: 702.868.2600<br>tehafen@duanemorris.com<br>dcanderson@duanemorris.com<br><br>*Attorneys for Defendant*<br>*Wright Medical Technology, Inc.* |

### ORDER

**IT IS ORDERED** that the Settlement Conference currently scheduled for May 9, 2022 is VACATED and RESET to **Monday, July 11, 2022** at **10:00 a.m.  IT IS FURTHER ORDERED** that the written settlement statements must be submitted by Noon on Tuesday, July 5, 2022.  **IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order ECF No. 67 remain in effect.

DATED:  May 3, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE