James J. Rosemergy
CAREY DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, MO 63105
T: 314.678.1064
jrosemergy@careydanis.com
(admitted pro hac vice)

Brian D. Nettles
NETTLES | MORRIS
1389 Galleria Drive Suite 200
Henderson, NV 89014
T: 702.434.8282
brian@nettlesmorris.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LARON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC.,<br><br>　　　　　　Defendant. | Case No.: 2:18-cv-01161-MMD-DJA<br><br>**STIPULATION OF DISMISSAL** |

COME NOW Plaintiff Anthony Laron ("Plaintiff") and Defendant Wright Medical Technology, Inc. ("Wright Medical" and collectively with Plaintiff the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby dismisses the above-captioned action WITH PREJUDICE in its entirety, with all parties to bear their own costs.

**STIPULATION OF DISMISSAL**

Respectfully submitted this 28th day of November, 2022

**CAREY, DANIS & LOWE**

By /s/ *James J. Rosemergy*
    James J. Rosemergy
    8235 Forsyth, Suite 1100
    St. Louis, MO 63105
    T: 314.678.1064
    jrosemergy@careydanis.com
    (admitted pro hac vice)

Brian D. Nettles
NETTLES | MORRIS
1389 Galleria Drive Suite 200
Henderson, NV 89014
T: 702.434.8282
brian@nettlesmorris.com

*Attorneys for Plaintiff*

**DUANE MORRIS LLP**

By: /s/ *Sean K. Burke*
    Tyson E. Hafen (SBN 13139)
    100 N. City Parkway, Suite 1560
    Las Vegas, NV 89106
    T: 702.868.2600
    tehafen@duanemorris.com
    Attorneys for Defendants
    Wright Medical Technology, Inc., and
    Wright Medical Group, Inc.

Sean K. Burke (*pro hac vice*)
**DUANE MORRIS LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Tel.: (202) 776-5236
sburke@duanemorris.com

*Attorneys for Defendant*
*Wright Medical Technology, Inc*

IT IS SO ORDERED:

Dated 11/29/2022

_____
U.S. District Judge

**STIPULATION OF DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the Court's ECF system on November 28, 2022, and served upon all counsel of record thereby.

By   /s/ *James J. Rosemergy*
James J. Rosemergy

**STIPULATION OF DISMISSAL**